**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| The Cincinnati Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Recreation Centers of Sun City, Inc.,<br><br>Defendant.<br>_____<br><br>AND RELATED COUNTERCLAIM | No. CV-07-0329-PHX-PGR<br><br>**ORDER APPROVING STIPULATION FOR ENTRY OF A SCHEDULING ORDER RE: PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S MOTION TO BIFURCATE AND STAY DISCOVERY** |

IT IS ORDERED that the parties' Stipulation for Entry of Scheduling Order Re: Plaintiff's Motion for Partial Summary Judgment and Plaintiff's Motion to Bifurcate and Stay Discovery (doc. #32) is accepted.

IT IS FURTHER ORDERED that Defendant/Counterclaimant, Recreation Centers of Sun City, Inc., shall have until October 1, 2007 to file its response to Plaintiff's Motion for Partial Summary Judgment; and that Plaintiff, Cincinnati Insurance Company, shall have until October 14, 2007 to file its reply thereto.

IT IS FURTHER ORDERED that Plaintiff's Motion to Bifurcate the Trial and Stay Discovery on Bad Faith (doc. #27) is withdrawn without prejudice to the

plaintiff being able to re-urge the motion to bifurcate the trial after the conclusion of discovery and before any trial in this action.

Dated this 16th day of July, 2007.

Paul G. Rosenblatt
United States District Judge

- 2 -