**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Cincinnati Insurance Company,<br><br>    Plaintiff,<br>vs.<br><br>Recreation Centers of Sun City,<br><br>    Defendant. | No. CV-07-0329-PHX-PGR<br><br>ORDER |

    The parties having filed a Stipulation for Dismissal (doc. #135) which is sufficient to automatically effectuate the dismissal of all claims and counterclaims in this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

    IT IS ORDERED that the Clerk of the Court shall terminate this action.

    DATED this 24th day of February, 2009.

_____
Paul G. Rosenblatt
United States District Judge